UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.

LYNN A. PARISI,

    Plaintiff,

v.

MERCHANTS ASSOCIATION COLLECTION DIVISION, INC.,

    Defendant.

_____/

# COMPLAINT
# JURY DEMAND

1. Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012). *Mims v. Arrow Fin. Servs. LLC*, 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, LYNN A. PARISI, is a natural person, and citizen of the State of Florida, residing in Pasco County, Florida.

4. Defendant, MERCHANTS ASSOCIATION COLLECTION DIVISION, INC., is a professional corporation and citizen of the State of Florida with its principal place of business at 134 South Tampa Street, Tampa, Florida 33602.

## FACTUAL ALLEGATIONS

5. Defendant, or another party acting on its behalf, left the following message on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

<u>January 3, 2011 at 11:00 AM – Pre-Recorded Message</u>
This is a message for Tamara L. Long. If you are not Tamara L. Long, please hang up or disconnect. If you are Tamara L. Long, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Tamara L. Long. Tamara L. Long, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-853-5859. Once again, 1-800-853-5859. Thank you.

<u>January 7, 2011 at 9:15 AM – Pre-Recorded Message</u>
This is a message for Tamara L. Long. If you are not Tamara L. Long, please hang up or disconnect. If you are Tamara L. Long, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Tamara L. Long. Tamara L. Long, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector. This is an attempt to collect a

debt and any information obtained will be used for that purpose. Please contact us at 1-800-853-5859. Once again, 1-800-853-5859. Thank you.

January 17, 2011 at 10:50 AM – Pre-Recorded Message
This is a message for Tamara L. Long. If you are not Tamara L. Long, please hang up or disconnect. If you are Tamara L. Long, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Tamara L. Long. Tamara L. Long, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-853-5859. Once again, 1-800-853-5859. Thank you.

January 24, 2011 at 12:22 PM – Pre-Recorded Message
This is a message for Tamara L. Long. If you are not Tamara L. Long, please hang up or disconnect. If you are Tamara L. Long, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Tamara L. Long. Tamara L. Long, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-853-5859. Once again, 1-800-853-5859. Thank you.

January 31, 2011 at 3:53 PM – Pre-Recorded Message
This is a message for Tamara L. Long. If you are not Tamara L. Long, please hang up or disconnect. If you are Tamara L. Long, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Tamara L. Long. Tamara L. Long, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector. This is an attempt to collect a

debt and any information obtained will be used for that purpose. Please contact us at 1-800-853-5859. Once again, 1-800-853-5859. Thank you.

February 16, 2011 at 9:51 AM – Pre-Recorded Message
This is a message for Tamara L. Long. If you are not Tamara L. Long, please hang up or disconnect. If you are Tamara L. Long, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Tamara L. Long. Tamara L. Long, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-853-5859. Once again, 1-800-853-5859. Thank you.

May 17, 2011 at 5:00 PM – Pre-Recorded Message
This is a message for Tamara L. Long. If you are not Tamara L. Long, please hang up or disconnect. If you are Tamara L. Long, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Tamara L. Long. Tamara L. Long, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-853-5859. Once again, 1-800-853-5859. Thank you.

May 25, 2011 at 5:07 PM – Pre-Recorded Message
This is a message for Tamara L. Long. If you are not Tamara L. Long, please hang up or disconnect. If you are Tamara L. Long, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Tamara L. Long. Tamara L. Long, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector. This is an attempt to collect a

debt and any information obtained will be used for that purpose. Please contact us at 1-800-853-5859. Once again, 1-800-853-5859. Thank you.

<u>June 10, 2011 at 11:59 AM – Pre-Recorded Message</u>
This is a message for Tamara L. Long. If you are not Tamara L. Long, please hang up or disconnect. If you are Tamara L. Long, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Tamara L. Long. Tamara L. Long, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-853-5859. Once again, 1-800-853-5859. Thank you.

<u>June 28, 2011 at 11:14 AM – Pre-Recorded Message</u>
This is a message for Tamara L. Long. If you are not Tamara L. Long, please hang up or disconnect. If you are Tamara L. Long, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Tamara L. Long. Tamara L. Long, you should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause to allow you to listen to this message in private. This is Merchants Association Collection Division. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us at 1-800-853-5859. Once again, 1-800-853-5859. Thank you.

6. Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

7. Defendant, or others acting on its behalf, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

8. None of Defendant telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

9. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

10. Plaintiff incorporates Paragraphs 1 through 9.

11. Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. a declaration that Defendant calls violate the TCPA;

    c. a permanent injunction prohibiting Defendants from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By: _____
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658